UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RECEIVED & FILED

'06 JAN -5 P2 :25

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

| IN RE: | ) | |
|---|---|---|
| | ) | BK-S BK-N-02-53739 |
| | ) | |
| Gail Ann Della Vedova | ) | HEARING DATE: |
| | ) | HEARING TIME: |
| | ) | |
| Debtor | ) | APPLICATION TO WITHDRAW |
| | ) | MONEYS UNDER 28 U.S.C. 2042 |

Dilks & Knopik, LLC, Applicant, states that there was a dividend check in the amount $1,450.68 in the above-named case issued to Pacific Western Bank. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

2. ~~Claimant is not the creditor but is entitled to payment of these moneys because (Please state the basis for your claim to the moneys)~~ _____

_____

_____

_____

The creditor did not receive the initial dividend check in the above case for the following reason:

The original dividend check was mailed to Pacific Western Bank at 9900 Norwalk Blvd, #150, Santa Fe Springs, CA 90670. That address is no longer valid. Exhibit A is evidence that Pacific Western Bank once used that address. First Community Bancorp is a subsidiary of Pacific Western Bank, as evidenced by exhibit B. Rene Garcia is the Vice President of First Community Bancorp and Pacific Western Bank, as evidenced by Exhibit C.

(please attach copies of any supporting documentation.*)

Applicant requests the Court to enter an order authorizing payment of the pro rata dividend upon this claim to First Community Bancorp c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027.

Date: 11/23/2005

                                      Brian J. Dilks, Managing Member
                                      Attorney-in-Fact for
                                      First Community Bancorp
                                      PO Box 2728
                                      Issaquah, WA 98027
                                      (425) 836-5728

Sworn and subscribed to before
Me this 23 day of November, 2005

Caryn M. Knopik, Notary Public
My commission expires July 29, 2006



\* (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.

  (ii) If claimant is assignee of creditor, attach copy of assignment.

  (iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.

  (iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement

  (v) Attach other documents showing entitlement should non of the foregoing apply.