RECEIVED & FILED

'06 JUL 26 P2 :41

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: )
Gail Ann Della Vedova ) BK-S 02-53739 GWZ
) Chapter __7__
)
) Hearing Date: N/A
_____Debtor_____) Hearing Time: N/A

**DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED DIVIDENDS**

The request for payment of unclaimed dividends that was submitted by Dilks & Knopik LLC on behalf of Pacific Western Bank has been found deficient. The documents were received and filed by the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

```
___   $26.00 File search fee.
___   Motion to Payment of Unclaimed Dividends.
___   Limited power of attorney or assignment.
 X    Affidavit for reimbursement.
___   Affidavit of service to the U.S. Attorney
___   Fee agreement required by local rule 3011(a)(1)(B)
___   Supporting documentation required (see comments)
___   Fees have been paid out previously on schedule #_____
___   Other _____
```

Comments: Our original Affidavit for Reimbursement is not notarized. This document must be notarized and sent to the court in order to proceed with your request.

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact Kathy Moore at (702)388-6709 extension 1128, or internet email: kathy_moore@nvb.uscourts.gov.

Date:  7/26/2006

_Kathy A. Moore_
Kathy A Moore
Financial Specialist

*****************************************************************************

**CERTIFICATE OF MAILING**

I certify that a copy of this notice was mailed to the submitting parties listed above, on 7/26/06 by kam.

Updated 7/06